HOLCOMB v. JOHNSON and Others, on Appeal.

Friday,
May 30.

AN execution in favour of *Johnson* and others, was levied on certain goods as the property of *Rogers*, the execution-defendant. *Holcomb* claimed the goods, and a jury, summoned under the statute to try the right of property, determined in favour of the claimant, and found the probable value of the goods to be 152 dollars. One of the execution-plaintiffs prayed an appeal, the others, according to the justice's entry on his docket, saying they would proceed no further. The appeal was granted, and the cause tried in the Circuit Court without any objection as to parties: a verdict and judgment were rendered that the property was subject to the execution, and a judgment was given against the claimant for costs.

*Held*, that there was no error in the proceedings.